Commonwealth *v.* Hudson, Appellant.

Submitted March 10, 1975. Before Watkins, P. J., Jacobs, Hoffman, Cercone, Price, Van der Voort, and Spaeth, JJ.

*Arthur K. Dils*, and *Dils and Diveglia*, for appellant.

*Marion E. MacIntyre*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

OPINION BY PRICE, J., September 22, 1975:

This case is controlled by our opinion in *Commonwealth v. Boyer,* 236 Pa. Superior Ct. 214, 345 A.2d 187 (1975), as the appellant, Jacqueline Hudson, was a co-defendant with Harrison Epps Boyer and raises the same issues as those raised in this appeal.

The order of the lower court denying the Motion in Arrest of Judgment and the Judgment of Sentence are reversed and appellant is discharged.

WATKINS, P.J., and JACOBS and VAN DER VOORT, JJ., dissent.